[No. 13112-9-II.   Division Two.   September 9, 1991.]

FRED L. MINCH, JR., ET AL, *Appellants,* v. TIMOTHY T. MCKAMEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-01900-8, Arthur W. Verharen, J., entered August 18, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, A.C.J., and Alexander, J.

[No. 26737-0-I.   Division One.   September 9, 1991.]

AFFILIATED MEDICAL ENTERPRISES, *Appellant,* v. MICHAEL D. DROBOT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-11390-6, George A. Finkle, J., entered July 19, 1990. *Reversed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Kennedy, JJ.

[No. 24588-1-I.   Division One.   September 9, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROLAND JAMES ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-04675-8, John M. Darrah, J., entered August 4, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Forrest, J.